■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JONATHAN CARTER, Appellant. [614 NYS2d 215] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Barasch, J.), rendered March 26, 1991, convicting him of robbery in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's contention that the evidence is legally insufficient to establish his guilt of robbery in the second degree *(see,* Penal Law § 160.10 [1]) is unpreserved for appellate review *(see, People v Logan,* 74 NY2d 859). In any event, viewing the evidence in the light most favorable to the prosecution *(see, People v Contes,* 60 NY2d 620), we find that it is legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Contrary to the defendant's contention, the evidence establishes that the defendant was an active participant in the crime and that he and an accomplice threatened to use physical force during the commission thereof. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt is not against the weight of the evidence *(see,* CPL 470.15 [5]).

The defendant's remaining contentions are either unpreserved for appellate review or without merit. Bracken, J. P., Sullivan, O'Brien and Joy, JJ., concur.